IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| COLDWATER CREEK, INC., | ) | |
| | ) | CASE NO. CV06-355-N-EJL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| BRIGHTON COLLECTIBLES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Based upon this Court's Memorandum Order, dated July 27, 2007, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this action is **DISMISSED IN ITS ENTIRETY.**

DATED: **July 27, 2007**

Honorable Edward J. Lodge
U. S. District Judge